UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES MOSELEY,

                Plaintiff,

    v.

STATE OF WASHINGTON, et al.,

                Defendants.

Case No. C20-1311-JCC-MLP

ORDER TO SHOW CAUSE

This is a 42 U.S.C. § 1983 prisoner civil rights action. On September 1, 2020, this action was removed to this Court from the Snohomish County Superior Court. (Dkt. # 1.) On September 14, 2020, Defendants filed a verification of the state court records, which did not include an answer to Plaintiff's complaint. (*See* dkt. # 6.) To date, there has been no other docket activity in this case and Defendants have not filed an answer to Plaintiff's complaint.

Accordingly, this Court hereby ORDERS as follows:

(1) Defendants shall SHOW CAUSE by **February 2, 2021**, why default should not be entered in this action for failure to timely respond to Plaintiff's complaint; and

(2) The Clerk is directed to send copies of this Order to the parties.

ORDER TO SHOW CAUSE - 1

1   Dated this 20th day of January, 2021.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2