UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES MOSELEY,

           Plaintiff,

   v.

STATE OF WASHINGTON, *et al.,*

           Defendants.

Case No. C20-1311-JCC-MLP

ORDER

Before this Court is the Parties' "Stipulated Motion to Extend Deadline for Expert Witness Disclosure" ("Stipulated Motion"). (Dkt. # 19.) Finding good cause, it is hereby ORDERED that the Parties' Stipulated Motion (dkt. # 17) is GRANTED, and the Court orders the following amended pretrial schedule:

| Event | Date |
|---|---|
| JURY TRIAL to begin at 9:30 a.m., in Courtroom 16206 on: | 8/8/2022 |
| All motions related to discovery must be filed by this date and noted for consideration no later than the third Friday thereafter (see LCR7(d)) | 1/31/2022 |
| Discovery to be completed by | 3/4/2022 |
| Reports of expert witnesses under FRCP 26(a)(2) due | 3/7/2022 |

ORDER - 1

| Rebuttal expert disclosures under FRCP 26(a)(2) due | 3/28/2022 |
|---|---|
| All dispositive motions and motions to exclude expert testimony for failure to satisfy *Daubert* must be filed pursuant to LCR 7(d) | 4/4/2022 |
| Mediation per LCR 39.1 held no later than | 5/9/2022 |
| All motions *in limine* must be filed by this date and noted on the motion calendar no later than the third Friday after filing but no later than the Friday before the pretrial conference (*see* LCR 7(d)(4)) | 7/11/2022 |
| Agreed LCR 16.1 Pretrial Order due | 7/18/2022 |
| Trial briefs, proposed voir dire and jury instructions, and trial exhibits due. | 7/27/2022 |

Dated this 31st day of January, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2