THE HONORABLE JOHN C. COUGHENOUR
THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES MOSELEY,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, et al.,<br><br>    Defendants. | No. C20-1311-JCC-MLP<br><br>STIPULATED MOTION AND ORDER TO STRIKE PRETRIAL AND TRIAL DATES<br><br>Noting Date: April 12, 2022 |

**STIPULATION**

The parties, by and through their attorneys of record, hereby stipulate and request that the Court strike all current pretrial and trial dates pending resolution of current mental health issues that are precluding Plaintiff's ability to meaningfully participate in the preparation of this case for trial.

Mr. Moseley has suffered from mental illness for many years. He was confined in a max custody cell for most of his incarceration. He is currently involved in a pending criminal trial where he is being examined both for competence and to determine what effect this type of isolation incarceration has had on his mental health and his behavior. Mr. Moseley's criminal

STIPULATED MOTION AND ORDER
TO STRIKE PRETRIAL AND TRIAL DATES
No. C20-1311-JCC-MLP

Civil Rights Justice Center PLLC
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

defense attorney is currently awaiting a report from Dr. Stuart Grassian, M.D., a psychiatrist, who is evaluating Mr. Moseley's mental health. Counsel in this case has been coordinating with Mr. Moseley's criminal defense attorney on these issues.

The parties have been purposefully working to complete discovery in this case. Mr. Moseley is experiencing mental health issues that have precluded work toward the deadlines for expert witness disclosures and completion of discovery, including several recent episodes of extreme self-harm incidents.

In light of the current challenges Mr. Moseley is navigating, the parties have stipulated and request the Court strike the current case schedule in its entirety, including the current trial date. The parties propose filing a new Joint Status Report by July 18, 2022, updating the Court on Mr. Moseley's status and proposing a new trial date with associated pretrial deadlines. The parties submit there is good cause for the relief requested.

In the alternative, the parties request a conference with the Court to discuss the case status and a plan for moving the case forward to trial.

DATED this 12th day of April, 2022.

| | |
|---|---|
| ROBERT W. FERGUSON<br>Attorney General<br><br>*/s/ Scott M. Barbara*<br>**Scott M. Barbara**, WSBA #20885<br>Assistant Attorney General<br>Attorney for State Defendants | CIVIL RIGHTS JUSTICE CENTER, PLLC<br><br>*/s/ Darryl Parker*<br>**Darryl Parker**, WSBA #30770<br>Attorney for Plaintiff |

STIPULATED MOTION AND ORDER
TO STRIKE PRETRIAL AND TRIAL DATES
No. C20-1311-JCC-MLP

Civil Rights Justice Center PLLC
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

# ORDER

THIS MATTER having come before the Court on the foregoing Stipulation, and the Court having considered the Stipulation, and good cause appearing, now, therefore:

1. The Stipulated Motion to Strike Pretrial and Trial Dates is GRANTED.

2. The dates established by the Court's Scheduling Order, (Dkt. # 15), and the subsequent Order amending the same (Dkt. # 22), are hereby STRICKEN.

3. On or before **July 18, 2022**, the parties are directed to submit a Joint Status Report advising the Court on Plaintiff's then current condition and ability to assist in the preparation of this case for trial and proposing a new trial date and associated pretrial dates.

DATED this 12th of April, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

STIPULATED MOTION AND ORDER
TO STRIKE PRETRIAL AND TRIAL DATES
No. C20-1311-JCC-MLP

Civil Rights Justice Center PLLC
2150 N 107th Street, Suite 520
Seattle, Washington  98133
(206) 557-7719 / Fax: (206) 659-0183