UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES MOSELEY,

        Plaintiff,

   v.

STATE OF WASHINGTON, *et al.,*

        Defendants.

Case No. C20-1311-JCC-MLP

ORDER

      Before this Court is the parties' Joint Status Report ("JSR"). (Dkt. # 26.) This Court previously struck all deadlines upon the parties' stipulation due to concerns with Plaintiff's mental health and requested that the parties provide a status update on Plaintiff's condition and to propose new pretrial and trial dates by July 18, 2022. (Dkt. # 25.) Per the parties' submitted JSR, Plaintiff's ability to assist in the prosecution of this matter remains indeterminate. (Dkt. # 26 at 1.) Therefore, the parties request a new deadline to submit an updated JSR as the parties expect to know more on Plaintiff's condition within the next 30 days. (*Id.* at 2.)

      Finding good cause, it is hereby ORDERED that, on or before **August 22, 2022**, the parties are to submit an updated JSR advising the Court of Plaintiff's condition and ability to assist in the preparation of this case for trial and proposing a new trial date and pretrial deadlines.

ORDER - 1

Dated this 22nd day of July, 2022.

*MJPeterson*
MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2