THE HONORABLE JOHN C. COUGHENOUR
THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES MOSELEY, | No. C20-1311-JCC-MLP |
| Plaintiff, | STIPULATED MOTION AND [PROPOSED] ORDER FOR PARTIAL DISMISSAL |
| v. | |
| STATE OF WASHINGTON, et al., | |
| Defendants. | Noting Date:  December 22, 2023 |

## STIPULATION

The parties, by and through their attorneys of record, hereby stipulate and request that the Court DISMISS, as against Defendants Mike Overland, Jason Miller, Tim Thrasher, and Jack Warner, all claims and the Complaint for Damages, (Dkt. #6-3), in its entirety, with prejudice, and without costs to any party.

The parties, by and through their attorneys of record, further stipulate and request that the Court DISMISS any and all causes of action that may have arisen from events on February 18, 2019, as alleged in the Complaint for Damages, (Dkt. #6-3 at 5-6, ¶¶ 16-17), in their entirety, with prejudice, and without an award of costs to any party.

STIPULATED MOTION AND [PROPOSED] ORDER
FOR PARTIAL DISMISSAL
(C20-1311-JCC-MLP)

DATED this 22nd day of December, 2023.

ROBERT W. FERGUSON
Attorney General

CIVIL RIGHTS JUSTICE CENTER, PLLC

  s/ Scott M. Barbara
**Scott M. Barbara**, WSBA No. 20885
Senior Counsel
*Attorney for State Defendants*

  s/ Darryl Parker
**Darryl Parker**, WSBA No. 30770
*Attorney for Plaintiff*

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
FOR PARTIAL DISMISSAL
(C20-1311-JCC-MLP)

**Civil Rights Justice Center PLLC**
2150 N 107th Street, Suite 520
Seattle, Washington  98133
(206) 557-7719 / Fax: (206) 659-0183

**[~~PROPOSED~~] ORDER**

THIS MATTER having come before the Court on the foregoing Stipulation, and the Court having considered the Stipulation, and good cause appearing, now, therefore:

1. The Stipulated Motion for Partial Dismissal is GRANTED.

2. Plaintiff's claims and Complaint, (Dkt. #6-3), as alleged against Defendants MIKE OVERLAND, JASON MILLER, TIM THRASHER, and JACK WARNER are DISMISSED, in their entirety, with prejudice, and without an award of costs to any party.

3. Plaintiff's claims and Complaint arising from events on February 18, 2019, (Dkt. #6-3 at 5-6, ¶¶ 16-17), are DISMISSED, in their entirety, with prejudice, and without costs to any party.

4. This Order shall have no effect on the remaining claims in the Complaint or any remaining Defendants who are not expressly dismissed herein.

DATED this 26th of December 2023.

_____
JOHN C. COUGHENOUR
United States District Judge

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
FOR PARTIAL DISMISSAL
(C20-1311-JCC-MLP)

## CERTIFICATE OF SERVICE

I certify that a filed the foregoing with the Clerk via CM/ECF which will provide service to all attorneys of record. I further certify that I emailed a copy of the foregoing to counsel of record for the Plaintiff and chambers in accordance with the Local Civil Rules.

DATED this 22nd day of December, 2023.

 s/ *Scott M. Barbara*
SCOTT M. BARBARA, WSBA No. 20885
Senior Counsel
*Attorney for Defendants*

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
FOR PARTIAL DISMISSAL
(C20-1311-JCC-MLP)

**Civil Rights Justice Center PLLC**
2150 N 107th Street, Suite 520
Seattle, Washington  98133
(206) 557-7719 / Fax: (206) 659-0183