The Honorable John C. Coughenour
The Honorable Michelle L. Peterson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMES MOSELEY,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE OF WASHINGTON, et al.,<br><br>    Defendants. | NO. C20-1311-JCC-MLP<br><br>NOTICE OF SETTLEMENT WITH REQUEST FOR TIME TO FILE STIPULATED DISMISSAL AND [~~PROPOSED~~] ORDER |

TO:    JAMES MOSELEY, Plaintiff

TO:    DARRYL PARKER, Plaintiff's Attorney

TO:    CLERK OF THE COURT

PLEASE TAKE NOTICE that the parties to the above-reference matter have reached a SETTLEMENT of all claims that will fully resolve this matter.

The parties request the Court strike the trial date and all related dates and allow the parties to file a Stipulated Motion for Dismissal by April 25, 2024. The parties understand that, should they fail to file a Stipulated Motion for Dismissal by April 25, 2024, the Court will order post-settlement dismissal.

[Signatures and Proposed Order on Following Page]

NOTICE OF SETTLEMENT WITH REQUEST FOR TIME TO SUBMIT STIPULATED DISMISSAL AND [PROPOSED] ORDER (C20-1311-JCC-MLP)

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

DATED this 27th day of March, 2024.

| | |
|---|---|
| ROBERT W. FERGUSON<br>Attorney General<br><br>*s/ Scott Barbara*<br>SCOTT M. BARBARA, WSBA No. 20885<br>Senior Counsel - Torts Division<br>800 5th Ave, Ste. 2000<br>Seattle, WA 98104<br>Tel: 206-389-2033<br>Email: scott.barbara@atg.wa.gov<br>*Attorneys for State Defendants* | CIVIL RIGHTS JUSTICE CENTER, PLLC<br><br>*s/ Darryl Parker*<br>DARRYL PARKER, WSBA No. 30770<br>1833 N 105th Street, Suite 201<br>Seattle, WA 98133<br>Tel: 206-557-7719<br>Email: dparker@civilrightsjusticecenter.com<br>*Attorney for Plaintiff* |

[~~PROPOSED~~] **ORDER**

IT IS SO ORDERED that, in light of the parties' Notice of Settlement, the parties shall file a Stipulated Motion for Dismissal by April 25, 2024 and, failure to do so shall result in the Court's entering an order of post-settlement dismissal.

DONE THIS 27th day of March 2024.

_____
U.S. District Judge

# CERTIFICATE OF SERVICE

I certify that I caused a copy of this document to be served on all parties or their counsel of record on the date below as follows:

☐ Email, per e-service agreement

Darryl Parker, WSBA #30770
Civil Rights Justice Center, PLLC
1833 N 105th Street, Suite 201
Seattle, WA 98133
T: (206) 557-7719
F: (206) 659-0183
dparker@civilrightsjusticecenter.com
*Attorneys for Plaintiff*

Copies to:
pbussard@civilrightsjusticecenter.com
vsharma@civilrightsjusticecenter.com

☒ CM/ECF Filing System Electronic Service

DATED this 27th day of March, 2024.

    s/ *Scott Barbara*
SCOTT M. BARBARA, WSBA No. 20885
Assistant Attorney General
800 5th Ave, Ste 2000
Seattle, WA 98104
Tel: 206-464-7352
Fax: 206-587-4229
Email: scott.barbara@atg.wa.gov

NOTICE OF SETTLEMENT WITH REQUEST FOR TIME TO SUBMIT STIPULATED DISMISSAL AND [PROPOSED] ORDER
(C20-1311-JCC-MLP)

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744