THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES MOSELEY, | CASE NO. C20-1311-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| STATE OF WASHINGTON, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order for dismissal (Dkt. No. 59). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' stipulation here is self-executing and this action is DISMISSED with prejudice and without further fees or costs to any party. The Clerk is DIRECTED to close this case.

//
//
//
//

MINUTE ORDER
C20-1311-JCC
PAGE - 1

DATED this 11th day of April 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk